NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TQ DELTA, LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC., DISH NETWORK LLC, COMCAST CABLE COMMUNICATIONS, LLC, COX COMMUNICATIONS, INC., TIME WARNER CABLE ENTERPRISES LLC, VERIZON SERVICES CORP., ARRIS GROUP, INC.,**
*Appellees*

---

2018-1719, 2018-1930

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01006, IPR2017-00251, IPR2017-00420, IPR2016-01008, IPR2017-00253, IPR2017-00419.

-----------------------------------------------------

**TQ DELTA, LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC., ARRIS GROUP, INC.,**
*Appellees*

---

2018-1929

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01007, IPR2017-00422.

----------------------------------------------------

**TQ DELTA, LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

_____

2018-1931

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01009.

_____

**JUDGMENT**

_____

CHRISTOPHER M. SCHARFF, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant. Also represented by PETER J. MCANDREWS.

THEODORE M. FOSTER, Haynes & Boone, LLP, Dallas, TX, argued for all appellees. Appellee Cisco Systems, Inc. also represented by DAVID L. MCCOMBS, DEBRA JANECE MCCOMAS.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, for appellee DISH Network LLC. Also represented by JENNIFER VOLK, Reston, VA.

JOHN MATTHEW BAIRD, Duane Morris LLP, Washington, DC, for appellees Comcast Cable Communications, LLC, Cox Communications, Inc., Time Warner Cable Enterprises LLC, Verizon Services Corp., ARRIS Group, Inc. Also represented by CHRISTOPHER JOSEPH TYSON.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court